# SCHLANGER & SCHLANGER, LLP
## ATTORNEYS AT LAW

**MEMO ENDORSED**

343 Manville Road
Pleasantville, New York 10570
Tel: 914-946-1981 Fax: 914-946-2930
DANIEL@SCHLANGERLEGAL.COM
www.NewYorkConsumerProtection.com

MICHAEL SCHLANGER, ESQ.
DANIEL A. SCHLANGER, ESQ.
*ADMITTED IN NY & OH

**MANHATTAN OFFICE**
9 East 40th Street, Suite 1300
New York, New York 10016

ELIZABETH SHOLLENBERGER, ESQ.
PETER T. LANE, ESQ.
*ADMITTED IN NY & MA

November 5, 2012

**VIA FAX (914-390-4298)**

The application is  X  granted.
___ denied.

Edgardo Ramos, U.S.D.J.
Dated: Nov. 5, 2012
White Plains, New York

Hon. Edgardo Ramos
United States District Court, SDNY
300 Quarropas Street
White Plains, NY 10601-4150

Re: Coble, et al. v. Cohen & Slamowitz, et al.
Index: 11-CV-01037 (ER)

Your Honor:

I, along with co-counsel Klein, Kavanagh & Costello, LLP, represent Plaintiffs in the above-referenced FDCPA class action.

I write, on behalf of all parties, to request an extension of the deadline to conduct non-expert depositions in this case. The parties seek to extend the deadline currently set for November 17, 2012 to January 17, 2013. Your Honor previously extended this deadline (from September 10, 2012), in order to allow Plaintiffs time to review tens of thousands of pages of documents that Judge Yanthis had ordered produced, but that had been accidentally excluded from Defendants' production due to a technological glitch (Endorsed Letter dated 9/18/12, ECF #32).

The parties are engaged in on-going JAMS mediation before the Hon. Stephen Crane. A telephone conference with the mediator was scheduled for October 30th, but had to be rescheduled due to the storm. The parties are also in the process of meeting and conferring regarding outstanding ESI issues – the parties had likewise planned on holding the meet and confer last week, but for the storm, and are in the process of rescheduling.

Defendants' counsel has advised that he is currently without heat and power at his home and that dealing with this issue is significantly impacting his schedule. The undersigned's home is likewise currently without heat, power, telephone, etc.



SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2012

**SCHLANGER & SCHLANGER, LLP**
ATTORNEYS AT LAW

Notwithstanding these issues, the parties intend – assuming the Court grants the request for extension – to hold Defendants' 30(b)(6) deposition on November 19, 2012.

Following the completion of that deposition, the parties will have conducted 5 depositions, and will each have three more depositions to conduct.

The parties do not anticipate requesting additional time, beyond the extension sought in this letter.

Respectfully,

Daniel A. Schlanger

cc:   Thomas Leghorn, Esq.;
      Gary Klein, Esq.;
      Shennan Kavanaugh, Esq;
      Peter T. Lane, Esq.