# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────

ELIZABETH COBLE,
MILAGROS HARPER, and
DENNIS HARPER,
on behalf of themselves and
all others similarly situated,

          Plaintiffs,

v.

COHEN & SLAMOWITZ, LLP,
DAVID COHEN, ESQ.,
MITCHELL SLAMOWITZ, ESQ.,
LEANDRE JOHN, ESQ., and
CRYSTAL S.A. SCOTT, ESQ.,

          Defendants.

───────────────────────────────────────

**11-cv-1037 (ER)(GAY)**

**SUPPLEMENTAL DECLARATION OF DANIEL A. SCHLANGER, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND THE COMPLAINT**

**HON. EDGARDO RAMOS**
**HON. GEORGE A. YANTHIS**

DANIEL A. SCHLANGER, an attorney duly licensed to practice law in the State of New York, does hereby affirm under the penalty of perjury:

1. I am a partner at Schlanger & Schlanger, LLP, co-counsel for Plaintiffs and, as such, am familiar with the facts and documents relevant to this dispute.

2. I make this supplemental declaration in order to provide a minor, non-substantive supplement/correction to Plaintiff's Motion to Amend the Complaint, which was filed on 1/4/12.

3. In Section II(C) of Plaintiffs' Memorandum of Law, Plaintiffs cite to several statements made by Defendants' 30(b)(6) witness, Defendant Leandre John, with regard to Defendants' ability to run various types of computer reports.  MOL at p. 18-19.

4. Per my First Declaration in support of the motion, the supporting deposition excerpts were not attached because they were to be filed under seal pursuant to the confidentiality agreement between the parties (so ordered by this Court on 8/13/12).

5. Defendants have since confirmed that they are not seeking to designate Mr. John's entire transcript confidential, but only specific portions not at issue on this motion (e.g. regarding Defendants' net worth).

6. For this reason, I am attaching here an unredacted/unsealed copy of **Exhibit D** to Plaintiffs' motion, containing the relevant excerpts of the transcript of the deposition of Leandre John, Defendants' 30(b)(6) witness, dated December 14, 2012.

Dated:   New York, New York
         January 10, 2013

Respectfully Submitted,

  /s/   Daniel A. Schlanger
Daniel A. Schlanger, Esq.
Schlanger & Schlanger, LLP
9 East 40th Street, Suite 1300
New York, NY 10016
Ph: 914-946-1981
Fax: 914-946-2930
daniel@schlangerlegal.com

Gary Klein, Esq.
(*admitted pro hac vice*)
Klein Kavanagh Costello LLP
85 Merrimac Street, 4th Floor
Boston, MA 02114
Ph: 617-357-5031
Fax: 617-357-5030
klein@kkcllp.com

Counsel for Plaintiffs

EXHIBIT D

```
 1                                                               1
 2     UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
 3     -------------------------------x
 4     ELIZABETH COBLE, MILAGROS HARPER
       and DENNIS HARPER, on behalf of
 5     themselves and all others similarly
       situated.
 6
                   Plaintiffs,
 7
                   v.                       11-CV-01037 (JFM)
 8
       COHEN & SLAMOWITZ, LLP,
 9     DAVID COHEN, ESQ.,
       MITCHELL SLAMOWITZ, ESQ.
10     LEANDRE JOHN, ESQ.,
       CRYSTAL S.A. SCOTT, ESQ.
11
                   Defendants.
12
       -----------------------------x
13                                          December 14, 2012
                                            9:30 a.m.
14

15

16          Deposition of LEANDRE JOHN, taken by

17     plaintiffs, pursuant to Rule 30(b)(6), at the

18     offices of Schlanger & Schlanger, 9 East 40th

19     Street, New York, NY 10016, before Joseph B.

20     Pirozzi, a Registered Professional Reporter

21     and Notary Public of the State of New York.

22

23

24

25
```

2              technology staff.

3                      Q.      Anything else?

4                      A.      No.

5                      Q.      Is there an administrative staff

6              that works with the attorneys?

7                      A.      Yes.  That's our legal support

8              staff.

9                      Q.      Is there some administrative group

10             that is with the collection staff?

11                     A.      Yes, our clerical staff.

12                     Q.      How many accounting staff are

13             there?

14                     A.      There is approximately 25.

15                     Q.      How many Human Resources staff?

16                     A.      Two.

17                     Q.      How many research staff?

18                     A.      12, approximately.

19                     Q.      How many legal support staff?

20                     A.      Approximately 20.

21                     Q.      Are they broken out between

22             clerical and paralegal staff?

23                     A.      Legal assistants, clerks,

24             paralegals.

25                     Q.      How many legal assistants are

[Note:  The word "research" at line 17 should actually read "I.T."

2          Q.    Who would you ask to do that?

3          A.    I'd probably ask my IT staff.  My
4    information technology staff.

5          Q.    What are the names of the people
6    in the information technology staff?

7          A.    There is a Keith Bush, Edward
8    Wilkinson.

9          Q.    Is there a person on that staff
10   who typically works with the litigation
11   staff?

12         A.    No.

13         Q.    When had the current database been
14   put in place at Cohen & Slamowitz?

15         A.    I don't really understand the
16   question.

17         Q.    How long have they used that
18   database at Cohen & Slamowitz?

19         A.    Since it was put in place.

20         Q.    When did you start using it at
21   Cohen & Slamowitz?

22         A.    We're talking about a database.
23   Our main frame system evolved.  If you remove
24   a hard drive from the server, it changes.
25   It's not like some monolithic type of thing

```
 1                        John                    45
 2      where you can say it was here today on this
 3      date, but not here tomorrow.
 4              I don't really understand your
 5      question.
 6          Q.   It's always been the same
 7      database, correct?
 8              MR. LEGHORN:  Objection.  Form.
 9          Q.   I understand it changes from time
10      to time, but it is the same piece of
11      hardware?
12              MR. LEGHORN:  Objection.  I'm
13          objecting to form because you are using
14          the vernacular database, if that's
15          synonymous with hardware and software.
16          Database is where it is held within, and
17          I think that's where the difference is.
18          Q.   Has there always been a database
19      at Cohen & Slamowitz going back to 2002?
20          A.   Yes.
21          Q.   Has that database always contained
22      records for each case, that is, filed with
23      the litigation staff?
24          A.   How are we defining database?
25          Q.   The system, the main frame system
```

```
1                     John                      56
2      judgment -- the judgment was ultimately
3      vacated at some other time or there was some
4      sort of consent to vacate in connection with
5      the settlement as a courtesy to our -- as a
6      courtesy to defendant or their counsel that
7      after a judgment was paid, it vacated, so it
8      would be hard -- we probably would have to
9      review the files manually.
10            Q.    Would Cohen & Slamowitz record
11     judgments it obtains in its database?
12            A.    Yes.
13            Q.    Would that record be maintained in
14     the database to the best of your knowledge?
15            A.    Yes, it would be maintained in the
16     database.
17            Q.    Let me ask you again.  Would it be
18     possible to generate a list of the cases
19     filed by Cohen & Slamowitz that resulted in a
20     judgment, putting aside whether or not the
21     judgment remains in place in the database?
22            A.    Are you saying generate a list
23     where a judgment was obtained regardless at
24     one time there was a judgment?  I'm sure that
25     would be possible.
```

```
1                         John                      57
2         Q.    Would it be possible to
3    distinguish between default judgments and
4    litigated judgments in the database?
5         A.    I'm not sure if it would be
6    possible.  I'm not sure.  Because you could
7    have a situation where a default judgment was
8    obtained and vacated by consent to the
9    parties and then a subsequent judgment was
10   obtained by summary judgment or subsequent
11   default in failing to interpose an answer.
12        Q.    If a judgment is entered by
13   default, would that fact be entered into
14   Cohen & Slamowitz's system?
15        A.    Yes.
16        Q.    Mr. John, what did you do to
17   prepare for today's deposition?
18        A.    Read over the notice of
19   deposition.
20        Q.    Anything else?
21              MR. LEGHORN:  Other than with
22        counsel he means.
23        A.    Consulted with counsel.
24        Q.    Anything else?
25        A.    Consulted with the deposition
```

```
1                        John                      102
2         Q.    I'm asking a general question
3    about whether the name of the process serving
4    company goes into Cohen & Slamowitz's system?
5         A.    Well, it's different.  Now, yes.
6         Q.    At what point did Cohen &
7    Slamowitz start to input information about
8    the name of the process serving company into
9    the system?
10        A.    I think it was, we always input
11   the name -- our information about the process
12   serving company into the system.
13        Q.    And is the name of the individual
14   who actually makes service input into Cohen &
15   Slamowitz's electronic system?
16        A.    Now it is, yes.
17        Q.    And when did that change?
18        A.    I'd say over the past maybe two
19   years.
20        Q.    And why did it change?
21        A.    I guess it changed because we had
22   the ability to input more information into
23   our system.  And in connection with upgrades
24   that we made to our generally service
25   process, the processing which we utilized
```

```
                                  John                        103
```

process servers, we are able to communicate with them in a way where that information could be electronically transmitted to us. So there is ease of exchange of data between the process servers. And generally the cost of memory and data has gone down a lot over the last four or five years. So it's easier for our system to accommodate more data in it in a way that wouldn't slow down our computer systems at a reasonable cost and makes it cost effective as well.

   Q.   Is it possible to generate a list of complaints filed by Cohen & Slamowitz where service was made by nail and mail?

   A.   I believe it is possible.

   Q.   Is it possible to maintain -- I'm sorry. Is it possible to obtain a list at Cohen and -- start this question again.

        Is it possible to obtain a list at Cohen & Slamowitz of complaints where service was made by Midlantic process server?

   A.   I need it read back.

   Q.   Let me ask the question -- I withdraw that question.

2        Q.    And how is data archived at Cohen
3    & Slamowitz?
4        A.    Some is archived at, on servers,
5    hard drives, tapes.
6        Q.    Is it possible for employees of
7    Cohen & Slamowitz to access archived data?
8        A.    Yes.
9        Q.    Does Cohen & Slamowitz maintain
10   paper records associated with cases?
11       A.    In some cases.
12       Q.    Which cases?
13       A.    Active litigation filings.
14       Q.    What happens to those records when
15   the cases are closed?
16       A.    They are scanned into our system.
17       Q.    And archived as you described?
18       A.    After a period of time, yes.
19       Q.    What system does Cohen & Slamowitz
20   use to back up its data?
21       A.    They use several systems.  They
22   have third-party software, they have
23   proprietary software.
24       Q.    Is it possible to bring
25   information from the backup onto Cohen &

```
 1                         John                           174
 2      Slamowitz's system?
 3              A.    Onto Cohen & Slamowitz's system?
 4              Q.    Yes.
 5              A.    What do you mean?
 6              Q.    The system that Cohen & Slamowitz
 7      uses to store information?
 8                    MR. LEGHORN:   Including backup.
 9              That's what his --
10              A.    The archive is part of the system
11      as well.
12              Q.    Let me rephrase the question.  Is
13      it possible to bring backed up information
14      back into Cohen & Slamowitz's active system?
15              A.    Yes.
16              Q.    Is it possible to bring archived
17      information back into Cohen & Slamowitz
18      active system?
19              A.    Yes.
20              Q.    When Cohen & Slamowitz obtains a
21      judgment on behalf of a client, how does that
22      judgment get processed for further collection
23      activity?
24              A.    Once the judgment is obtained,
25      it's entered into our system.  From that
```

```
 1                         John                      182
 2     and there was no contact between the judgment
 3     debtor and Cohen & Slamowitz, would Cohen &
 4     Slamowitz vacate the judgment?
 5          A.    Most likely.
 6                MR. KLEIN:  Let's take a break.
 7                (Recess)
 8     EXAMINATION CONTINUED
 9     BY MR. KLEIN:
10          Q.    Mr. John, we're back on the record
11     after a break and I want to remind you again
12     that you are still under oath.
13                When there is collection activity
14     after a judgment is entered, is that
15     collection activity, the nature of that
16     collection activity stored in the same system
17     as the litigation activity we have been
18     discussing?
19          A.    Yes.
20          Q.    And is it retrievable by file
21     number and the other information we have been
22     discussing is?
23          A.    Yes.
24          Q.    And that would include garnishment
25     related activities?
```