

# WILSON ELSER
## WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Thomas A. Leghorn
212.915.5234 (direct)
Thomas.Leghorn@wilsonelser.com

June 21, 2013

**Via Facsimile – 914-390-4095**

Hon. George A. Yanthis
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150



> Re:   Coble, et al v. Cohen & Slamowitz, et al.
>       Index No.: 11-CV-1037
>       Our File No.: 11471.00003

Your Honor:

        This office represents the Defendants in the above referenced class-action alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et. seq.* ("FDCPA"). The parties wish to advise the Court that while settlement discussions continue, the matter did not resolve at the recent mediation before Judge Crane at JAMS. Judge Crane is continuing to mediate the case. It is for that reason that this application, on consent, is being made to extend current deadlines in connection with plaintiff's motion and defendant's offer of judgment ("OOJ").

        Your Honor previously granted the parties' application (docket number 49) to extend the time to accept the OOJ and to set the timing of Plaintiff's Motion to Set Aside the Magistrate's Decision and Order Dated 4/10/13 until May 24, 2013. The parties have since stipulated that the OOJ be held in abeyance until July 17, 2013, and also that Defendants' time to oppose plaintiff's motion to set aside the magistrate's decision (docket number 50) be extended up to an including July 31, 2013.

        We appreciate the Court's attention to this matter.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker, LLP

Thomas A. Leghorn

6/24/13

**APPLICATION GRANTED**
SO ORDERED:
GEORGE A. YANTHIS, USMJ

150 East 42nd Street • New York, NY 10017 • p 212.490 3000 • f 212.490 3038

Albany · Baltimore · Boston · Chicago · Connecticut · Dallas · Denver · Garden City · Houston · Las Vegas · London · Los Angeles · Louisville · McLean
Miami · New Jersey · New York · Orlando · Philadelphia · San Diego · San Francisco · Washington, DC · West Palm Beach · White Plains
Affiliates: Berlin · Cologne · Frankfurt · Munich · Paris

wilsonelser.com

5599445v.1



-2-

SO ORDERED

_____
Hon. George A. Yanthis

cc:     Daniel A. Schlanger, Esq.
        Schlanger & Schlanger, LLP
        Via E-Mail: Daniel@Schlangerlegal.com

        Gary Klein, Esq.
        Klein Kavanagh Costello, LLP
        Via E-mail: klein@kkcllp.com

5599445v.1