

# WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MEMO ENDORSED

Thomas A. Leghorn
212.915.5234 (direct)
Thomas.Leghorn@wilsonelser.com

July 17, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/18/13

RECEIVED
JUL 17 2013
EDGARDO RAMOS
U.S. DISTRICT JUDGE
S.D.N.Y.

Via Facsimile – (212) 805-7943

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

The application is  ✓ granted.
                    ___ denied.

_____
Edgardo Ramos, U.S.D.J.
Dated: July 17, 2013
New York, New York

Re:   Coble, et al v. Cohen & Slamowitz, et al.
      Index No.: 11-CV-1037
      Our File No.: 11471.00003

Your Honor:

This office represents the Defendants in the above referenced class-action alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et. seq.* ("FDCPA"). I write with regard to Plaintiff's Motion to Set Aside the Magistrate's Decision and Order Dated April 10, 2013, as well as Defendant's pending Offer of Judgment. We previously directly this request to Magistrate Yanthis, but were advised today that the application should be directed to the attention of the district court judge as the objections will be decided by Your Honor.

Further to our letter of June 21, 2013 to Magistrate Yanthis, the parties have continued settlement discussions. The negotiations have made significant progress, with the parties reaching agreement in principle on several key issues. Although several others remain unresolved, the parties are optimistic that the remaining differences can be bridged over the course of the next 30-40 days.

It is for this reason that the Defendants make this second application, on consent, to extend current deadlines in connection with plaintiff's motion and defendant's offer of judgment ("OOJ").

Magistrate Yanthis previously granted the parties' application (docket number 49) to extend the time for Plaintiff to accept the OOJ until July 17, 2003 and for Defendant to oppose the motion until July 31, 2013. The parties have now stipulated that the OOJ be held in abeyance until August 27, 2013, and also that Defendants' time to oppose plaintiff's motion to set aside the magistrate's decision (docket number 50) be extended up to an including September 6, 2013.

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com

5633402v.1



We appreciate the Court's attention to this matter.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker, LLP

*Thomas A. Leghorn*

SO ORDERED

_____
Hon. Edgardo Ramos

cc: Daniel A. Schlanger, Esq.
Schlanger & Schlanger, LLP
Via E-Mail: Daniel@Schlangerlegal.com

Gary Klein, Esq.
Klein Kavanagh Costello, LLP
Via E-mail: klein@kkcllp.com

5633402v.1