

**Klein Kavanagh Costello, LLP**

Gary Klein
85 Merrimac Street, 4th Fl.
Boston, MA 02114
p. 617.357.5031
f. 617.357.5030
klein@kkcllp.com
www.kkcllp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/6/13

*A status conference will be held on Friday October 11, 2013 at 3:00 pm to discuss the status of the class action settlement.*

September 6, 2013

Via Facsimile (212) 805-7943

Hon. Edgardo Ramos
United States District Court, SDNY
300 Quarropas Street
White Plains, NY 10601-4150

**SO ORDERED:**

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

Re:   *Coble et al. v. Cohen & Slamowitz, LLP et al.*
      11-CV-01037

Your Honor:

We are pleased to advise the Court that the parties have reached a tentative settlement. In that the matter is a class action, the parties fully anticipate presenting a joint motion for preliminary approval within the next 30 days. It is respectfully requested that all motions presently pending be taken off the calendar and all current deadlines be set aside pending the Court's consideration of the motion for preliminary approval.

Respectfully,

Gary Klein

cc:   Hon. George A. Yanthis *(via fax 914.390.4095)*
      Thomas A. Leghorn, Esq. *(via email)*
      Daniel A. Schlanger, Esq. *(via email)*