# SCHLANGER & SCHLANGER, LLP
## ATTORNEYS AT LAW

9 EAST 40TH STREET, SUITE 1300
NEW YORK, NEW YORK 10016
TEL: 914-946-1981  FAX: 914-946-2930
DANIEL.SCHLANGER@SCHLANGERLEGAL.COM
WWW.NEWYORKCONSUMERPROTECTION.COM

MICHAEL SCHLANGER, ESQ.
DANIEL A. SCHLANGER, ESQ.

ELIZABETH SHOLLENBERGER, ESQ.
PETER T. LANE, ESQ.*
*ADMITTED IN NY & MA

**WESTCHESTER OFFICE**
343 Manville Road
Pleasantville, New York 10570

November 27, 2013

**VIA FAX (212-805-7943)**

Hon. Edgardo Ramos
United States District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

Re: Coble, et al. v. Cohen & Slamowitz, LLP, et al.
Index: 11-CV-01037

Your Honor:

I write on behalf of all parties, to provide a status report regarding the above-referenced class action, particularly with regard to the anticipated joint motion for preliminary approval.

On 10/29/13, the parties appeared before Your Honor and reported that they had reached a detailed, written agreement in principle resolving the case, and anticipated filing a joint motion for preliminary settlement approval within 30 days (See Minute Entry dated 10/31/13 ("Parties expect to submit settlement papers within 30 days.").

Since that time, the parties have been negotiating with regard to settlement language, with multiple draft settlement agreements circulated. The parties recently had a productive telephone conference in which virtually all of the outstanding issues were resolved, and Plaintiffs currently await a revised draft settlement agreement from Defendants containing language designed to reflect those discussions and bridge the parties' few remaining differences.

Upon resolution of these last remaining issues, the parties intend to expeditiously come to agreement regarding a proposed class notice, claim form, and preliminary order.

In short, while the parties will not be able to file the joint motion for preliminary approval within 30 days of the 10/29 conference as they had anticipated, the parties are working together, have made good progress, and are confident that the joint motion can be filed no later than 12/31/13.

Respectfully,

Daniel A. Schlanger

cc: Thomas Leghorn, Esq.;
Gary Klein, Esq.