# SCHLANGER & SCHLANGER, LLP
## ATTORNEYS AT LAW

9 EAST 40TH STREET, SUITE 1300
NEW YORK, NEW YORK 10016
TEL: 914-946-1981  FAX: 914-946-2930
DANIEL.SCHLANGER@SCHLANGERLEGAL.COM
WWW.NEWYORKCONSUMERPROTECTION.COM

MICHAEL SCHLANGER, ESQ.
DANIEL A. SCHLANGER, ESQ.
ELIZABETH SHOLLENBERGER, ESQ.
PETER T. LANE, ESQ.*
*ADMITTED IN NY & MA

The application is ✓ granted.
___ denied.

Edgardo Ramos, U.S.D.J.
Dated: 2/7/2014
New York, New York 10007

**WESTCHESTER OFFICE**
343 Manville Road
Pleasantville, New York 10570

February 7, 2014

**VIA FAX (212-805-7943)**

Hon. Edgardo Ramos
United States District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/7/14

Re:   <u>Coble, et al. v. Cohen & Slamowitz, LLP, et al.</u>
Index: 11-CV-01037

Your Honor:

I write on behalf of all parties, to provide a status report regarding the above-referenced class action, particularly with regard to the anticipated joint motion for preliminary approval.

The parties, with the assistance of JAMS mediator, the Hon. Stephen G. Crane (ret.), have reached (a revised) agreement regarding settlement and are in the process of finalizing and executing a binding settlement agreement to be submitted for the Court's approval.

The parties request that the deadline for submission of a joint motion for preliminary approval be set for 2/28/14.

Respectfully,

*s/Daniel A. Schlanger*

Daniel A. Schlanger

cc:   Thomas Leghorn, Esq.;
      Gary Klein, Esq.