# SCHLANGER & SCHLANGER, LLP
## ATTORNEYS AT LAW

9 EAST 40TH STREET, SUITE 1300
NEW YORK, NEW YORK 10016
TEL: 914-946-1981 FAX: 914-946-2930
DANIEL.SCHLANGER@SCHLANGERLEGAL.COM
WWW.NEWYORKCONSUMERPROTECTION.COM

MICHAEL SCHLANGER, ESQ.
DANIEL A. SCHLANGER, ESQ.
ELIZABETH SHOLLENBERGER, ESQ.
PETER T. LANE, ESQ.*
*ADMITTED IN NY & MA

**WESTCHESTER OFFICE**
343 Manville Road
Pleasantville, New York 10570

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/24/14

The application is ✓ granted.
___ denied.

Edgardo Ramos, U.S.D.J.
Dated: 2/27/14
New York, New York 10007

February 27, 2014

VIA FAX (212-805-7943)

Hon. Edgardo Ramos
United States District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

Re:    Coble, et al. v. Cohen & Slamowitz, LLP, et al.
Index: 11-CV-01037

Your Honor:

The parties' motion for preliminary approval of the proposed settlement agreement in the above-referenced class action is due tomorrow, February 28, 2014. I write on behalf of all parties, to request a three week extension on behalf of all counsel, i.e. the parties request that the deadline be extended to 3/21/14.

The reason for the request: Despite diligent efforts, the parties have been unable to finalize and execute all of the settlement documents, principally because the numerous proposed documents ancillary to the settlement agreement have been circulated by not approved by all parties (e.g. the proposed Postcard Notice; Subclass Postcard Notice; Long-form Notice, Long-form Subclass Notice, Preliminary Order, Final Order, Claim Form, Subclass Claim Form, etc.). In addition, the parties are waiting to hear back from the class administrator on certain settlement logistics that need to be addressed in the papers (e.g. how class and subclass members will each access the correct information and forms online with minimal confusion).

The parties appreciate the Court's patience as all counsel work to wrap up the remaining loose ends.

The 2/28/14 deadline for submission of the motion for preliminary approval was originally set by Order dated 2/7/14 (ECF Doc. 59). There have been no previous requests for extension of this deadline, nor does the proposed extension impact any other deadlines in this case.

Respectfully,

Daniel A. Schlanger

cc:    Thomas Leghorn, Esq.;
       Gary Klein, Esq.