UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Elizabeth Coble, Milagros Harper, and Dennis Harper, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Cohen & Slamowitz, LLP, David Cohen, Esq., Mitchell Slamowitz, Esq., Leandre John, Esq., and Crystal S.A. Scott, Esq.,<br><br>Defendants. | Index: 11-cv-01037<br><br>Hon. Edgardo Ramos<br><br>Hon. George A. Yanthis |

## NOTICE OF WITHDRAWAL OF PRELIMINARY APPROVAL FILINGS

The parties hereby withdraw the settlement agreements and ancillary documents filed at Doc. Nos. 63 and 72. A substitute settlement agreement with accompanying ancillary documents will be filed forthwith.

Respectfully Submitted,

_____
Daniel A. Schlanger (ds-9330)
Schlanger & Schlanger, LLP
343 Manville Road
Pleasantville, NY 10570
Ph: 914-946-1981
Fax: 914-946-2930
daniel.schlanger@schlangerlegal.com

Gary Klein
(admitted pro hac vice)
Shennan Kavanagh
(admitted pro hac vice)
Klein Kavanagh Costello, LLP
85 Merrimac Street, 4th Floor
Boston, MA 02114
Tel. 617- 357-5500
klein@kkcllp.com
kavanagh@kkcllp.com

Counsel for Plaintiffs