*EXHIBIT C-2*

**The United States District Court for the Southern District of New York authorized this Notice.**
**This is not a solicitation from a lawyer.**
**A more complete explanation of your rights is available at [web address/long form notice]**

**Why Are You Receiving This Notice?** This Notice provides you summary information about the proposed settlement of a lawsuit involving the debt collection law firm, Cohen & Slamowitz, LLP and some of the lawyers who work there ("C&S"). You have been identified as a class member in this lawsuit.  **The Court has recently entered an order in the lawsuit that may affect your rights.**

**What is the Lawsuit About?** Consumers who have been sued in a N.Y. debt collection action in which C&S represented the creditor and service of process was handled by Midlantic Process, Inc. ("Midlantic") have sued C&S.  The lawsuit alleges that C&S knew Midlantic's service procedures were deficient and that the affidavits of service in those cases were false, and concealed this information from Courts and consumers.  Defendants deny these allegations.

**Who Are The People Involved In The Case?** The Court has allowed the lawsuit to be settled as a class action on behalf of consumers who had been sued in collection actions in which C&S represented the creditor and service of process was handled by Midlantic. If you are receiving this Notice, you have been identified as a "Class Member". There are approximately 48,000 class members.  Some, but not all, class members have had money involuntarily taken from them by C&S by wage garnishment, bank restraint, levy, lien or other means and are entitled to additional relief for this reason.  There are approximately 7,216 class members that fall into this category, or the "Subclass". According to C&S' records you are a Subclass member.

**Will there be money available if the settlement is approved?**  Yes.  C&S has agreed to pay a settlement amount of $100,000 to be distributed in equal shares to Class Members who file timely and valid Claim Forms.  C&S will pay an additional $37,500 to class members who also belong to the Subclass, and who file timely and valid Claim Forms.  How much each Class and Subclass member will receive will depend on how many Class and Subclass members file claim forms.  Subclass members will be eligible for a maximum of $125 each in additional funds.  According to C&S's records you are eligible for these additional funds.

**What Do I Need To Do Now?**  Because your rights are affected, you have a choice to make now.  Your options are as follows:  1. **FILE A CLAIM FORM**: You can obtain a Claim Form by visiting www._____ or calling _____.  You will need the **Claim #** listed in the reverse side of this postcard.  By filing a valid Claim Form before **[claim deadline], 2014**, you will be entitled to a share of the settlement amount for the Class.  However, you give up the right to sue C&S separately about the legal claims raised in the lawsuit. 2. **ASK TO BE EXCLUDED**: If you ask to be excluded, you won't share in the settlement amount to be paid by C&S.  However, you keep the right to sue C&S separately about the legal claims raised in the lawsuit.  3. **OBJECT**:  If you believe the settlement is unfair, you have the right to present your objection and the reasons for it to the Court in writing.  If you do so, you may – in addition-- present your objection in-person at a court hearing.  If you object, you may also file a claim form.  **DO NOTHING**: By doing nothing, you will receive no money and you will give up your right to sue C&S separately about the claims raised in the lawsuit..  For more information on objections and exclusions, visit www._____ or call _____.  *The deadline for objecting to the settlement or requesting exclusion is [month 00, 2014]*

**Where Can I Get More Information?**  You can obtain a detailed notice about the lawsuit (*Coble, et. al. v. Cohen & Slamowitz, LLP, et al.* (11-cv-01037), a claim form, and other important court documents, contact information for Counsel representing the Class, and documents that may potentially be useful to you in challenging service of process in the state court collection action against you, by visiting www._____.com, or by calling 1-800-_____.  You can also contact Class Counsel by writing to: *Schlanger & Schlanger, LLP*, 9 East 40th Street, Suite 1300, New York, NY 10016.  You may also enter an appearance through an attorney if you so desire.

First Class Inc.

*[Administrator Address]*

**[Class Member Name]**
**[Street Address]**
**[City, State, Zip]**

**Your Claim #**_____